UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES ARTHUR STROHPAUL,

       Plaintiff,                             Civil Action No.
                                                          10-CV-11183

vs.

                                                           HON. MARK A. GOLDSMITH

COMMISSIONER OF SOCIAL SECURITY

       Defendant.
_____/

**ORDER (1) ADOPTING REPORT AND RECOMMENDATION, (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, and (4) DISMISSING CASE**

      This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Virginia M. Morgan, entered on January 6, 2011. The Magistrate Judge recommends that Defendant's motion for summary judgment be granted, that Plaintiff's motion for summary judgment be denied, and that this case be dismissed. Plaintiff has not filed objections to the R&R and the time to do so has expired. Thus, Plaintiff has waived any further right to appeal. Thomas v. Arn, 474 U.S. 140, 155 (1985). In any event, the Court has reviewed the R&R and finds that the Magistrate Judge has reached the correct result for the correct reasons. Accordingly,

      IT IS ORDERED that the Magistrate Judge's R&R [docket entry 16] is accepted and adopted as the findings and conclusions of the Court.

      IT IS FURTHER ORDERED that Defendant's motion for summary judgment [docket entry 15] is granted.

      IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment [docket entry 11] is denied.

Dated: February 8, 2011                               s/Mark A. Goldsmith
                                                               MARK A. GOLDSMITH
                                                                United States District Judge

2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 8, 2011.

                                                                         s/Deborah J. Goltz  
                                                                         DEBORAH J. GOLTZ  
                                                                         Case Manager